PRO SE OFFICE

U.S. DISTRICT COURT
FILED
FEB 0 1 2008
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X

FRANKLIN WILSON
PLAINTIFF
                                                    Notice of Appeal
                                                    In a Civil Case

EXXON MOBIL
DEFENDANT                                           CASE #: 1:07-CV-03037-LAP
                                                    Docket Number

—————————————————————X

Notice is hereby given that ___FRANKLIN S LEVISN___
                                                    (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

[Describe it]   DISMISSAL


entered in this action on the  1ST  day of  FEB.  , 20 08


                                    ___Franklin S. Wil___
                                    Signature
                                    P.O. BOX 1986 - 30 QUARROPAS ST
                                    Address
                                    WHITE PLAINS, NY 10602

                                    CELL (895) 326-7019
                                    Telephone Number

Date: 1 FEB, 2008


**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Form 1-CA/SNY-8/87

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

FRANKLIN WILSON
PLAINTIFF

EXXON MOBIL
DEFENDANT

**Notice of Appeal
In a Civil Case And
Motion for Extension
of Time**

CA #: 1:07-CV-03037-LAP
Docket Number

————————————————————————X

1.  Notice is hereby given that _____FRANKLIN WILSON_____ hereby appeals
    (party)

to the United States Court of Appeals for the Second Circuit from the judgment entered in this action

on _____.    [Describe it]
      (date)

2.  In the event that this form was not received in the clerk's office within the required time
    FRANKLIN WILSON _____ respectfully requests the court to grant an extension of time
    (party)

in accordance with Federal Rules of Appellate Procedure 4 (a) (5).

a.  In support of this request, _____FRANKLIN WILSON_____ states that this
                                          (party)

Court's judgment was received on _____ and that this form was mailed to the court
                                        (date)

on _____.
      (date)

_____
Signature
P.O. BOX 1586  30 QUARROPAS
Address
WHITE PLAINS NY
                    10602
(845) 326-2019
Telephone Number

Date:  1-FEB-2008

**Note:** You may wish to use this form if you are mailing your notice of appeal and are not sure that
the Clerk of the District Court will **receive** it within the 30 days of the date on which the judgment
was entered (60 days if the United States or an officer or agency of the United States is a **party**).

Form 3-CA/SNY-8/87

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                                    X
                                                    :
FRANKLIN Leilson                                    :        Motion for an Extension
    PLAINTIFF                                        :        of Time to File a
                                                    :        Notice of Appeal
                                                    :        In a Civil Case
                                                    :
                                                    :
EXXON MOBIL                                          :
DEFENDANT                                            :        CASE#:07-CV-03037-LAP
                                                    :        Docket Number
                                                    X

Pursuant to Federal Rules of Appellate Procedure 4 (a) (5), FRANKLIN Leilson
                                                                    (party)
respectfully requests leave to file the within notice of appeal out of time. FRANKLIN Leilson
                                                                                  (party)
_____ desires to appeal the judgment in this action entered on 8/23/07
                                                                            (date)

but failed to file a notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of
appeal within the required number of days.] COURT ERROR TO TWESTY-TWO YR OLD ADDRESS
COURT ERROR WRONG DOCKET TO
ON OIL CLADM ATTACHED TO COMPLADNT

                                        _____
                                              Signature
                                        P.o. BOX 1986  30 QUARROPAS ST
                                              Address
                                        WHITE PLAINS, NY.
                                                            10602
                                        CELL 845-326-2019
                                              Telephone Number

Date: 1 FEB 2008

**Note:** You may file this form, together with Form 1, if you are seeking to appeal a judgment and did
not file a copy of Form 1 within the required time. If you follow this procedure, these forms must
be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which
the judgment was entered (90 days if the United States or an officer or agency of the United States
is a party).

Form 2-CA/SNY-8/87

PRO SE OFFICE
# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

**J. MICHAEL McMAHON**
CLERK OF COURT

*1 FEB 2008*
Date

Re: *FRANK/D 6/50 Vs EXXON MOBIL*

Dear Litigant:

Enclosed is a copy of the judgment entered in your case.

Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the *Pro Se* Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

The enclosed forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

The filing fee for a notice of appeal is ~~$255.00~~ *455.00* payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. No personal checks are accepted.

**J. MICHAEL McMAHON**
**CLERK OF COURT**

By _____
Deputy Clerk

encl.
Rev. 1/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

FRANKLIN S WILSON
            PLAINTIFF

                                                    **AFFIRMATION OF SERVICE**

-against-
                                                    ____Civ. _____ (    )
EXXON MOBIL
    DEFENDANT
_____X

I, _____, declare under penalty of perjury

that I have served a copy of the attached _____

_____

upon _____

whose address is _____

_____

_____

_____


DATED: _____, New York

_____, 2002

Signature _____

Address _____

City, State & Zip Code _____

## DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                         X

FRANKLIN S WILSON
  Petitioner/Plaintiff                  CASE#1:07 Civ.-03037- (LAP)

-against-

EXXON MOBIL
  Respondent(s)/Defendant(s)
                         X

I, FRANKLIN S. WILSON, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed on appeal without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress, and that the issues I desire to present on appeal are the following: I WOULD LIKE TO FILE AN APPEAL FOR A MOTION OF EXTENTION ON THE GROUNDS THAT IT IS THE COURTS ERROR OF CHOOSEING THE TWENTY-TWO YEAR OLD ADDRESS ON THE ATTACHED OEL CLAIM OF 1986, THE INCORRECT ADDRESS TO MAIL MY DOCKET TO, AND NOT MY CURRENT, CURRENT ADDRESS AND MAILED WITH MY COMPLAINT, THERE BY NEVER ARRIVEING AT MY CURRENT ADDRESS, AND CAYSEING THE COURT TO TERMINATE AND DISMISS MY COMPLAINT

I declare that the responses which I have made below are true.

1. If you are **PRESENTLY EMPLOYED**, state the amount of your salary wage per month, and give the name and address of your last employer. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

UNEMPLOYED

2. If you are **NOT PRESENTLY EMPLOYED**, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.**

NIELSENS ICE CREAM CO. PORTCHESTER, NY $800 PER MOS LAST EMPLOYED SUMMER 1993 - TWO SUMMERS

DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO APPEAL
IN FORMA PAUPERIS

CONT'D

HAVEING NEVER RECIEVED ANY RESPONSE FROM ME, INCLUDEING ADDITIONAL DOCUMENTS AND STATEMENTS FROM NYSERDA AND EXXON ESSENTIAL TO MY COMPLAINT.

I SUBMIT MY SINCERE APPEAL TO THE COURT ALSO UNDERSTANDING THAT THE SIMILARITY OF THESE TWO ADDRESSES, P.O. BOX 896 AND P.O. BOX 1986 MADE THIS ERROR MORE THAN LIKELY TO OCCURR.

3. Have you ever received, within the past twelve months, any money from any of the following sources?

a.  Business, profession, or form of self-employment?   YES___   NO✓
b.  Rent payments, interest, or dividends?   YES___   NO✓
c.  Pensions, annuities, or life insurance payments?   YES✓   NO___
d.  Gifts or inheritances?   YES___   NO✓
e.  Any form of public assistance?   YES✓   NO___
f.  Any other sources?   YES___   NO✓

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

SOCIAL SECURITY AND S.S.I. $260 PER MOS $46 PER MOS

4. Do you own any cash or do you have money in a checking or savings account?

YES___  NO ✓  (Including any funds in prison accounts)

If the answer is yes, state the total value owned.

SAVINGS ACCT. $1.00

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

YES ✓  NO___

If the answer is yes, describe the property and state its approximate value.  LARGE CRYSTALS BELIEVED TO BE DIAMONDS OIL CLAIM FILED IN ALBANY

PAINTINGS BOUGHT AT TARGET - BELIEVED TO BE VAN GOGH -

6. List the person(s) who are dependent upon you for support, state your relationship to those persons(s), and indicate how much you contribute toward their support at the present time.

NO ONE

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

HOMELESS

8. State any special financial circumstances which the court should consider in this application.

THAT EXXON LEFT ME STRANDED WITH NO HELP, NO MONEY, DEFYING THE GOVERNMENTS REQUEST THEY DO SO (LIEING ABOUT MY OIL DISCOVERY TO THE GOVERNMENT.

IN VIOLATION OF THE NATIONAL LAWS OF DISCOVERY FOR THE DISCOVERY OF VALUEABLE MINERALS IN THE UNITED STATES BOOTH STATE AND FEDERAL: MINERAL AND MINEING RIGHTS

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this _____1ST_____ day of _FEBRUARY_ , 20 _08_ .

(signature)

**LET THE APPLICANT PROCEED ON APPEAL WITHOUT PREPAYMENT OF COST OR FEES OR THE NECESSITY OF GIVING SECURITY THEREFOR.**

_____                    _____
Dated                                      United States District Judge

rev. 7/03

FRANKLIN WILSON
PLAINTIFF

EXXON MOBIL
DEFENDANT

Re: CASE IS MINERAL AND MINING
RIGHTS - EXXON IS IN VIOLATION
NOT CIVIL RIGHTS

IN ACCORDANCE WITH THE NATIONAL
LAWS OF DISCOVERY FOR THE DISCOVERY
OF VALUEABLE MINERALS IN THE
UNITED STATES - BOTH STATE AND FEDERAL
CANNOT BE TRIED AS CIVIL RIGHTS

FRANKLINS WILSON

Franklin S. Wilson
PETROLEUM