# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __9__

---

Wilson

-v-

Exxon

---

U.S.C.A. # _____

U.S.D.C. # __07-cv-3037__

JUDGE: __LAP__

DATE: __Feb. 13, 2008__

*U.S. DISTRICT COURT FILED FEB 13 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |
| ** ONLY CIRCLED DOCUMENTS ARE INCLUDED ** | |
| ** ALL OTHERS MISSING AT THIS TIME ** | |

(X) **Original Record**    (____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __13th__ Day of __February__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Wilson

-v-

Exxon

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07cv-3037

JUDGE: LAP

DATE: Feb.

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __8__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 13th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03037-LAP
### Internal Use Only

Wilson v. Exxon
Assigned to: Judge Loretta A. Preska
Cause: 28:1331 Fed. Question: Other

Date Filed: 04/16/2007
Date Terminated: 08/23/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Franklin S. Wilson.(jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 2 | COMPLAINT against Exxon. Document filed by Franklin S. Wilson.(jeh) (Entered: 04/19/2007) |
| 04/16/2007 |   | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 3 | ORDER OF DISMISSAL; Accordingly, plaintiff's action is dismissed due to lack of subject matter jurisdiction. Plaintiff must submit an affirmation to this Court's Pro Se Office within 20 days of the date of the instant order, showing cause why this Court should not bar plaintiff from filing any future civil action in this Court in forma pauperis without first obtaining the Court's leave to file. Furthermore, plaintiff is directed to attach a copy of the instant order to any complaint or petition he may file in forma pauperis in this Court. Nothing in the instant order shall preclude plaintiff from paying the full filing fee to bring a future civil action to this Court. The Court certifies purs. 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/19/2007) |
| 08/23/2007 | 5 | JUDGMENT in favor of Exxon against Franklin S. Wilson that the complaint is dismissed and the Court certifies that any appeal would not be taken in good faith. (Signed by Judge Loretta A. Preska on 8/23/07) (jf) (Entered: 09/25/2007) |
| 08/23/2007 | 6 | ORDER OF DISMISSAL plaintiff's action is dismissed due to a lack of subject matter jurisdiction, and because plaintiff's action "lacks an arguable basis either in law or in fact. The April 16, 2007 Order of Dismissal is hereby vacated. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the instant order would not be taken in good faith. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/23/2007) (jmi) (Entered: 09/26/2007) |
| 08/30/2007 | 4 | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Kimba M. Wood is no longer assigned to the case. (kco) (Entered: 09/04/2007) |
| 08/30/2007 |   | Mailed notice to the attorney(s) of record of case reassignment. (kco) (Entered: 09/04/2007) |
| 09/27/2007 |   | Received returned mail re: 4 Notice of Case Assignment/Reassignment. Mail was addressed to Mr. Franklin S. Wilson at P.O. Box 896, Larchmont, NY 10538 and was returned for the following reason(s): Not Deliverable As Addressed. (rdz) (Entered: 09/27/2007) |
| 02/01/2008 | 8 | NOTICE OF APPEAL from 5 Judgment. Document filed by Franklin S. Wilson. (tp) (Entered: 02/13/2008) |
| 02/01/2008 |   | Appeal Remark as to 8 Notice of Appeal filed by Franklin S. Wilson. $455.00 APPEAL FEE DUE. IFP REVOKED 9/26/07. (tp) (Entered: 02/13/2008) |
| 02/04/2008 | 7 | PRO SE MEMORANDUM dated 2/4/08 re: CHANGE OF ADDRESS for Franklin S. Wilson. New Address: P.O. Box 1986, White Plains, New York, 10605. (ae) (Entered: 02/04/2008) |
| 02/13/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 8 Notice of Appeal. (tp) (Entered: 02/13/2008) |
| 02/13/2008 |   | Transmission of Notice of Appeal to the District Judge re: 8 Notice of Appeal. (tp) (Entered: 02/13/2008) |